UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 99-5228 MMC**   Tan v. Advanced Micro Devices, Inc.
**C 07-6166 WHA**   Tan v. Integrated Silicon Solution, Inc., et al.

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: March 20, 2008

MAXINE M. CHESNEY
United States District Judge